372 A.2d 834

Commonwealth v. Comito, Appellant.

Submitted November 8, 1976. Louis R.

Dadowski, Trial Defender, and Ralph J. Cappy, Public Defender, for appellant; Robert L. Eberhardt, Assistant District Attorney, and Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.